UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAY MORAN, individually,<br><br>                      Plaintiff,<br><br>   v.<br><br>SPOKANE COUNTY, SPOKANE COUNTY SHERIFFS OFFICE, and DALE WELLS, in his capacity as a Deputy Sheriff of Spokane County, and as an individual,<br><br>                      Defendants. | NO:  12-CV-0476-TOR<br><br>ORDER GRANTING MOTION TO REMAND |

BEFORE THE COURT is Plaintiff's Motion to Remand Case to Superior Court. ECF No. 2.  In response to the instant motion, Defendants conceded that Plaintiff does not raise any claims under federal law. ECF No. 5 at 2. Consequently, Plaintiff filed a Stipulation by both parties that the Court should remand the action to Spokane County Superior Court.  ECF No. 6.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

ORDER GRANTING MOTION TO REMAND ~ 1

1. Plaintiff's Motion to Remand this case to Spokane County Superior Court is **GRANTED**.

2. The hearing set for the Motion to Remand on September 4, 2012, at 10:00 a.m., is **STRICKEN**.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, <u>mail a certified copy of this Order</u> of remand to the Clerk of the Spokane County Superior Court, and **CLOSE** this file.

**DATED** this 21st day of August, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION TO REMAND ~ 2